# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Nazario Contreras-Escobedo

CRIMINAL COMPLAINT
CASE: 20-23930MP
Citizenship: MEXICO

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about March 08, 2020, at or near Lukeville, Arizona, in the District of Arizona, Nazario CONTRERAS-Escobedo, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

On or about March 08, 2020, agents found Nazario CONTRERAS-Escobedo in the United States of America at or near Lukeville, Arizona without the proper immigration documents. Furthermore, Nazario CONTRERAS-Escobedo admitted to illegally entering the United States of America from Mexico on or about March 08, 2020, at or near Lukeville, Arizona at a time and place other than designated by immigration officials.

File Date: 03/10/2020

at Tucson, Arizona

Ubaldo G Soto, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 03/10/2020

**D Thomas. Ferraro**
**Magistrate Judge**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA, TUCSON DIVISION**


United States of America                                    CASE: 20-23930MP

vs.

Nazario Contreras-Escobedo

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**


The Defendant, Nazario Contreras-Escobedo, was represented by counsel, Natalie Haywood (CJA).


The defendant pled guilty to the Complaint on 03/10/2020. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 03/08/2020 |


As pronounced on 03/10/2020, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.


The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.


The fine is waived because of the defendant's inability to pay.


Signed on Tuesday, March 10, 2020.


D Thomas. Ferraro

Magistrate Judge

Arresting Agency: TCA

# UNITED STATES DISTRICT COURT              JUDGE'S MINUTES
# DISTRICT OF ARIZONA - TUCSON


Date: 03/10/2020          Case Number: 20-23930MP

USA vs. **Nazario Contreras-Escobedo**

Magistrate Judge: D THOMAS. FERRARO      Judge AO Code: 70BU

ASSIGNED U.S. Attorney: Christopher Lewis

INTERPRETER REQ'D: Juan Radillo, Spanish

Attorney for Defendant: Natalie Haywood (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE

DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**

[X] Petty Offense    [X] Date of Arrest: **03/08/2020**

[X] Arr/Plea of Guilty entered as to the Complaint.

[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.

[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.

[X] Defendant advised of appeal rights.

[ ] Waiver of right to appeal explained.

OTHER:      Natalie Haywood (CJA) is appointed as attorney of record for defendant.


Recorded by Courtsmart    COP: 1
BY: Rose Chavez          Sent: 0
    Deputy Clerk          IA: 0
    Start: 1:38 PM Stop: 2:35 PM